# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY H. ZASTROW,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BANKERS LIFE AND CASAULTY COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 16-CV-1422-JPS<br><br>**ORDER** |

On June 29, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #25). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #25) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Court